UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

JEMMA MKHITARYAN,  ) CV 09-6971-SH
                  )
    Plaintiff,  ) JUDGMENT
  v.              )
                  )
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration,   )
                  )
    Defendant.  )
_____ )

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C.§ 405(g).

DATED: April 27, 2010

                                  / S /
                _____
                STEPHEN J. HILLMAN
              UNITED STATES MAGISTRATE JUDGE